IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

XAVIER DANIELS,

    Plaintiff,

v.

MANAGER UPTON; WARDEN ROBERT TOOLE; and STANLEY WILLIAMS,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-94

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 65), to which Plaintiff filed Objections, (doc. 67). Plaintiff's Objections are largely a reiteration—in a more conclusory fashion—of the arguments already presented and which the Magistrate Judge correctly rejected. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court and **OVERRULES** Plaintiff's Objections.

The Court **GRANTS** Defendants' Motion to Dismiss, (doc. 34), **DISMISSES** Plaintiff's Complaint, **DISMISSES AS MOOT** all other pending Motions, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28th day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA