IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| XAVIER DANIELS,<br>WASEEM DAKER, | )<br>)<br>)<br>)<br>)<br>) | |
| v. | )<br>)<br>) | 6:16cv-94<br>17-14067-D |
| UPTON,<br>Georgia Department of Corrections,<br>individual capacity,<br>WARDEN, GEORGIA STATE PRISON,<br>SMIT SP WARDEN, | )<br>)<br>)<br>)<br>)<br>)<br>) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___17th___ day of December 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA